JAMES McCLOSKEY *versus* GABRIEL GODFROY, JR.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Discontinued *p. 13.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance and bail piece; (4) exception to bail; (5) declaration.
*1822–23 Calendar*, MS p. 61.

MICHAEL DOUSMAN *versus* JEAN BAPTISTE FARIBAULT.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Dismissed *p. 13.
PAPERS IN FILE: (1) Precipe for writ of attachment; (2) affidavit for attachment; (3) attachment bond; (4) letter—Doty to Dorr.
*1822–23 Calendar*, MS p. 57.

JOHN McGREGOR *versus* PETER W. KNAGGS.

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Motion for bail or procedendo *p. 15; (2) rule for bail or procedendo *p. 21; (3) motion for default judgment *p. 91; (4) default judgment *p. 99.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) security for costs filed in county court; (4) motion for bail or procedendo; (5) recognizance of special bail; (6) declaration; (7) motion for procedendo; (8) writ of fi. fa.; (9) writ of ca. sa. and return; (10) promissory note.
*1824–36 Calendar*, MS p. 69. Recorded in *Book C*, MS pp. 69–71.

ALANSON SNOW *versus* JESSE HICKS. . . . .

JOURNAL ENTRIES (1825): *Journal 4:* (1) Stricken from docket *p. 16.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.
*1822–23 Calendar*, MS p. 46.

NATHANIEL CHAMP *versus* JESSE G. THURSTON AND AMOS GORDON.

JOURNAL ENTRIES (1825–28): *Journal 4:* (1) Motion to dissolve injunction and to dismiss bill *p. 16; (2) continued *p. 73; (3) injunction dissolved, motion to reinstate injunction and for alias subpoena *p. 108; (4) injunction reinstated, alias subpoena allowed *p. 110; (5) motion to dissolve injunction *p. 128; (6) motion to dissolve overruled; pluries subpoena allowed; motion for rule to plead, answer, or demur *p. 160; (7) motion to dissolve injunction *p. 174; (8) case submitted on motion to dissolve *p. 215; (9) injunction dissolved *p. 219.
PAPERS IN FILE: (1) Petition and allowance of injunction; (2) writ of injunction and return; (3) summons; (4) motion to dissolve injunction and to dismiss bill; (5) motion to reinstate injunction and for alias subpoena; (6) affidavit in support of motion; (7) alias subpoena and return; (8) pluries subpoena and return; (9) answer of Jesse G. Thurston; (10) replication; (11–12) motions to dissolve injunction.
*Chancery Case* 49 of 1824.